UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 0-1283JMR/RLE

RECEIVED/1
2005 FEB 28 P 12: 09
U.S. DIST. OF

UNITED STATES OF AMERICA )
Plaintiff, )
v. )
SHERWYN W. MAURER, )
Defendant, )
and )
MINNCO CREDIT UNION, )
Garnishee. )

ANSWER OF THE GARNISHEE
(NON-EARNINGS)

2-3-05
No Acct

MinnCo Credit Union, being duly sworn, deposes and says:

**If Garnishee is an individual:**

That he/she is Garnishee herein doing business in the name of

______________________________________.
(Provide full name and address of business)

**If Garnishee is a partnership:**

That he/she is a member of ____________________,
(Full name/address of partnership)

a partnership, of which Garnishee is a partner.

**If Garnishee is a corporation:**

That he/she is the ______________ of Garnishee, __________
(Title) (Full name/

____________________, a corporation, organized under the
address of corporation)

laws of the State of ______________.

SCANNED
MAR 1 2005
U.S. DISTRICT COURT MPLS

On ________________, 2004, Garnishee was served with the Writ of Garnishment. If, **as of the date of service of said Writ** , Garnishee was in custody, control of possession of non-earnings' property in which the above-named defendant has financial or legal interest, proceed to Number 1 below. If, as of the date of service of said Writ, Garnishee was not in custody, control or possession of such property, sign, date, notarize, and return this Answer of the Garnishee.

1. For non-earnings' property presently in your custody, control or possession, indicate:

| Description of Property | Value of Property | Debtor's Interest in Property |
|---|---|---|
| No Acct | $ | |
| | | |
| | | |

**Total Value of Property** $________________

2. If the non-earnings' property listed above is currently subject to previously-served garnishments or court orders, provide the information requested below: (If the noted non-earnings' property is not currently subject to any previously-served garnishments/orders, write "$0.00" on the "Total Due Under Previously-Served Garnishments/Orders" line below.)

| Description of Previously-Served Garnishment/Order | Amount Due Under Previously-Served Garnishment/Order |
|---|---|
| | $ |
| | $ |
| | $ |

**Total Due Under Previously-Served Garnishments/Orders** $ ____________________

3. Determine the extent to which the non-earnings' property presently in your custody, control or possession is available for this garnishment:

a. Enter the amount listed on the "Total Value of Property" line in Number 1 above. $ ____________

b. Enter the amount listed on the "Total Due Under Previously-Served Garnishments/Orders" line in Number 2 above (including "$0.00"). $ ____________

c. **Current Non-Earnings' Property Available for this Garnishment** (subtract line "b" from line "a") $ ____________

If you do not claim an exemption, objection, defense or set-off against the amount stated on Line "c" above, you must now retain that amount, up to the total debt balance due as set forth in the Writ of Garnishment, pending further order of the Court. (Note, the debtor is responsible under this garnishment for all interest that accrues on this debt through the date on which payment in full is sent to the defendant.)

The Garnishee sent the original Answer of Garnishee, by first-class mail, to :

Clerk of United States District Court
202 Federal Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415

Garnishee

SUBSCRIBED and SWORN to before me this
23 day of February, ~~2004~~ 2005.

NOTARY PUBLIC

TRACY T. FIX
NOTARY PUBLIC-MINNESOTA
My Comm. Exp. Jan. 31, 2010