UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1283 JMR/RLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHERWYN W. MAURER,<br><br>Defendant,<br><br>MINNCO CREDIT UNION,<br><br>Garnishee. | ) | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant has no funds or accounts in this bank.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on February 3, 2005, is hereby released.

Dated: March 2, 2005

BY THE COURT:

s/Raymond L. Erickson

Raymond L. Erickson
United States Magistrate Judge