UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1283 JMR/RLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHERWYN W. MAURER,<br><br>Defendant,<br><br>SPHERION,<br><br>Garnishee. | ) | **GARNISHMENT ORDER** |

TO: Sherwyn W. Maurer, defendant at 1288 South Highway 65, Mora, Minnesota 55051
Spherion, garnishee at 2050 Spectrum Blvd., Ft. Lauderdale, Florida 33309

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee on or about February 3, 2005.

Pursuant to the Writ of Garnishment, the garnishee filed an Answer with this Court on or about February 24, 2005. In its Answer, the garnishee states that at the time of the service of the Writ, the garnishee, had, and continues to have, in its possession and under its control, personal property belonging to and due the defendant, in the form of wages. In its Answer, the garnishee states that there is available future earnings under this garnishment after deductions are made for statutory withholdings and previously served garnishments.

On or about February 3, 2005, the defendant's attorney was personally served with notice of the right to a hearing as to this garnishment action. The defendant has not requested such a hearing.

THEREFORE, IT IS ORDERED, that the garnishee pay to the plaintiff 25% of the debtor's disposable earnings, by sending a check or money order made payable to the "U.S. Department of Justice" weekly, in care of the Collection Unit, United States Attorney's Office, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, until such time as the entire debt in this matter, including accruing interest, is paid in full; and

IT IS FURTHER ORDERED that the garnishee continue to garnish the defendant, under this garnishment, after repayment of the entire debt noted above, and until the plaintiff has recovered the costs incurred by the United States Marshal's Service for service of the garnishment on the garnishee and the defendant, said costs being $228.00; and

IT IS FURTHER ORDERED that the payments to be made by the garnishee under this garnishment be drawn and sent to the plaintiff weekly, as they become due and owing.

Dated: March 22, 2005

BY THE COURT:

s/Raymond L. Erickson

Raymond L. Erickson
United States Magistrate Judge