PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 09-MAY-2006 FOR: 1999Z00813/001 PAGE: 1 OF 2

DEBTOR: Maurer, Sherwyn W.

COURT NUMBER: 0-1283 JMR/RLE PRIORITY CODE:

CURRENT LIABILITY BALANCE: $845.30

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0006 | PMNT | WA | 21-JUN-2001 | CH/Y | bina trust | MN /1/277 | 2198 | | $30.50 | 21-JUN-2001 |
| 0009 | PMNT | WA | 30-JUL-2001 | OT/B | DD28/01-211/0026 | | | | $100.00 | 09-AUG-2001 |
| 0024 | PMNT | T | 28-MAR-2005 | GR/G | Spherion Pacific | MN /05/113 | 34641577 | | $150.86 | 28-MAR-2005 |
| 0025 | PMNT | T | 28-MAR-2005 | GR/G | Spherion Pacific | MN /05/113 | 34787085 | | $77.14 | 28-MAR-2005 |
| 0025 | PMNT | WA | 28-MAR-2005 | GR/G | Spherion Pacific | MN /05/113 | 34787085 | | $47.99 | 28-MAR-2005 |
| 0026 | PMNT | WA | 01-APR-2005 | GR/G | Spherion Pacific | MN /05/118 | 34918326 | | $125.13 | 01-APR-2005 |
| 0027 | PMNT | WA | 04-APR-2005 | GR/G | Wells Fargo | MN /05/119 | 0267985845 | | $511.07 | 04-APR-2005 |
| 0028 | PMNT | WA | 11-APR-2005 | GR/G | Spherion | MN /05/123 | 35069510 | | $125.13 | 11-APR-2005 |
| 0029 | PMNT | WA | 18-APR-2005 | GR/G | Spherion | MN /05/127 | 35208395 | | $125.13 | 18-APR-2005 |
| 0030 | PMNT | WA | 22-APR-2005 | GR/G | Spherion | MN /05/130 | 35345598 | | $125.13 | 22-APR-2005 |
| 0031 | PMNT | WA | 29-APR-2005 | GR/G | Spherion | MN /05/134 | 35476348 | | $125.13 | 29-APR-2005 |
| 0032 | PMNT | WA | 16-MAY-2005 | GR/G | Spherion | MN /05/146 | 35752762 | | $143.63 | 16-MAY-2005 |
| 0033 | PMNT | WA | 20-MAY-2005 | GR/G | Spherion | MN /05/150 | 35902797 | | $163.53 | 20-MAY-2005 |
| 0034 | PMNT | WA | 27-MAY-2005 | GR/G | Spherion | MN /05/154 | 36035549 | | $149.06 | 27-MAY-2005 |
| 0035 | PMNT | WA | 03-JUN-2005 | GR/G | Spherion | MN /05/159 | 36177110 | | $150.86 | 03-JUN-2005 |
| 0036 | PMNT | WA | 10-JUN-2005 | GR/G | Spherion Pacific | MN /05/165 | 36320187 | | $125.13 | 10-JUN-2005 |
| 0037 | PMNT | WA | 17-JUN-2005 | GR/G | Spherion | MN /05/169 | 36458276 | | $93.88 | 17-JUN-2005 |
| 0038 | PMNT | WA | 24-JUN-2005 | GR/G | Spherion | MN /05/173 | 36603371 | | $151.47 | 24-JUN-2005 |
| 0039 | PMNT | WA | 01-JUL-2005 | GR/G | Spherion | MN /05/179 | 36745484 | | $145.44 | 01-JUL-2005 |

PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 09-MAY-2006 FOR: 1999Z00813/001 PAGE: 2 OF 2

DEBTOR: Maurer, Sherwyn W.

COURT NUMBER: 0-1283 JMR/RLE PRIORITY CODE:

CURRENT LIABILITY BALANCE: $845.30

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0040 | PMNT | WA | 08-JUL-2005 | GR/G | SPHERION | MN /05/183 | 36896993 | | $141.82 | 08-JUL-2005 |
| 0041 | PMNT | WA | 22-JUL-2005 | GR/G | Spherion | MN /05/193 | 37179734 | | $250.26 | 22-JUL-2005 |
| 0043 | PMNT | WA | 29-JUL-2005 | GR/G | Maurer | MN /05/198 | 37317051 | | $125.13 | 29-JUL-2005 |
| 0044 | PMNT | WA | 05-AUG-2005 | GR/G | SPHERION PACIFIC | MN /05/204 | 37464482 | | $147.25 | 05-AUG-2005 |
| 0045 | PMNT | WA | 19-AUG-2005 | GR/G | Spherion | MN /05/213 | 37743386 | | $159.91 | 19-AUG-2005 |
| 0046 | PMNT | WA | 15-AUG-2005 | GR/G | Wells Fargo - bk gar | MN /05/213 | 268008914 | | $500.52 | 19-AUG-2005 |
| 0048 | PMNT | WA | 22-AUG-2005 | GR/G | SPHERION | MN /05/214 | 37742214 | | $120.91 | 22-AUG-2005 |
| 0049 | PMNT | WA | 02-SEP-2005 | GR/G | Shperion | MN /05/223 | 38027915 | | $287.26 | 02-SEP-2005 |
| 0050 | PMNT | WA | 09-SEP-2005 | GR/G | SPHERION PACIFIC | MN /05/227 | 38188077 | | $125.13 | 09-SEP-2005 |

Total Payments for Debtor: $4,524.40