CERTIFICATE OF SERVICE BY MAIL

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
) Civil No. 00-1283 JMR/RLE
)
SHERWYN W. MAURER, )
)
Defendant. )

I hereby certify that on 5/11/06, I served, or caused to be served, the following documents:

NOTICE OF FINAL ACCOUNTING OF GARNISHMENT OF DEFENDANT

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF.

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

Sherwyn W. Maurer
XXX XXXXXXXXXXXX
Mora, MN 55051

Spherion
Attn: Garnishments
2050 Spectrum Blvd.
Ft. Lauderdale, FL 33309

s/ Nancy Lair